UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

| | | |
|---|---|---|
| In re: | : | CASE NO.: 22-18205-RAM |
| | : | |
| PAOLA ANDREA IRAIZOS, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| _____/ | | |

**AGREED EX PARTE MOTION TO EXTEND THE DEADLINES FOR FILING OBJECTIONS TO CLAIMED EXEMPTIONS AND OBJECTING TO DISCHARGE**

The undersigned counsel to Trustee, Robert A. Angueira, moves this Court for the entry of an Agreed Order extending the deadlines for filing objections to the Debtor's claimed exemptions and objecting to discharge, in this case and in support there of states:

1. This is a voluntary Chapter 7 case which was commenced by the Debtor on October 24, 2022, and Robert A. Angueira was appointed to serve as the Chapter 7 Trustee.

2. The 341 Meeting of Creditors in connection with this case was held on November 30, 2022.

3. The Trustee requires additional time in which to investigate the financial dealings of the Debtor, the current market of claimed exemptions and other responsibilities of the Trustee pursuant to 11 U.S.C. § 704.

4. The current deadline for filing objections to claimed exemptions in connection with this case is December 30, 2022. The Trustee requests a 90-day extension of this deadline to March 30, 2023.

5. The current deadline for filing objections to the Debtor's discharge in connection with this case is January 30, 2023. The Trustee requests a 90-day extension of this deadline to April 30, 2023.

6. F.R.B.P 9006(b) provides that the Court may, for cause shown, before expiration of the time originally prescribed or as extended, enter an order enlarging time. For the above reasons, good cause has been demonstrated.

7. The Trustee received confirmation from the debtor and Jesus Novo, Esq. (Debtor's Attorney) at the Meeting of Creditors on November 30, 2022, that they had no objections to extending the deadlines to object to claim exemptions and to object to the Debtor's discharge by 90 days.

WHEREFORE, Robert A. Angueira, Trustee, moves this Court for the entry of an Agreed Order extending the deadline for filing objections to the Debtor's claimed exemptions to March 30, 2023, and extending the deadline for filing objections to the Debtor's discharge to April 30, 2023, together with any other relief the Court deems appropriate under the facts.

Dated**:** December 13, 2022

> ROBERT A. ANGUEIRA, P.A.
> 16 SW 1st Avenue
> Miami, FL 33130
> Tel. (305) 263-3328
> e-mail yanay@rabankruptcy.com,
>
> By  */s/ Yanay Galban, Esq.*
>   YANAY GALBAN
>   Florida Bar No. 105146

CASE NO.: 22-18205-RAM

## **CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on this 13th day of December, 2022, to the Debtor.

I CERTIFY that a true and correct copy of the foregoing was served via the Notice of Electronic Filing on this 13th day of December, 2022, to:

- Robert A Angueira    trustee@rabankruptcy.com, fl79@ecfcbis.com;raa@trustesolutions.net;tassistant@rabankruptcy.com;richard@rabankruptcy.com;lillian@rabankruptcy.com

- Jesus Novo    bankruptcy.miramar@gallardolawyers.com, Novo@gallardolawyers.com

- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

ROBERT A. ANGUEIRA, P.A.
16 SW 1st Avenue
Miami, FL 33130
Tel. (305) 263-3328
e-mail yanay@rabankruptcy.com,

By _/s/ Yanay Galban, Esq._
    YANAY GALBAN
    Florida Bar No. 105146

3